No. 747. A. W. MORSE, PLAINTIFF IN ERROR, *v.* THE BALTIMORE & OHIO SOUTHWESTERN RAILWAY COMPANY. In error to the District Court of the United States for the Northern District of Texas.   November 13, 1912.   Dismissed with costs, on motion of counsel for the plaintiff in error.   *Mr. William H. Atwell* for the plaintiff in error. No appearance for the defendant in error.

No. 780. G. L. CRENSHAW, APPELLANT, *v.* CARROLL ALLEN, AS TRUSTEE IN BANKRUPTCY OF THE ESTATE OF FRED DORR, BANKRUPT.   Appeal from the United States Circuit Court of Appeals for the Ninth Circuit.   November 15, 1912.   Dismissed, each party paying his own costs, per stipulation.   *Mr. William B. Mathews* for the appellant.   *Mr. James H. Shankland* for the appellee.

No. 5, Original. THE UNITED STATES OF AMERICA, COMPLAINANT, *v.* THE PEOPLE OF THE STATE OF NEW YORK ET AL.   December 2, 1912.   Dismissed without prejudice on motion of *Mr. Solicitor General Bullitt* for the complainant.   *The Attorney General* for the complainant.   *Mr. James M. Hunt* for the defendants.